B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA

**In re** Ivan Martinez ; Yahaira Martinez aka Yahaira Maldonado aka Yahaira Alvarez; ,    **Case No.** 13-40360

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus

**Name of Transferee**

Bank of America, N.A.

**Name of Transferor**

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX3604

Court Claim # (if known): 11
Amount of Claim: 111287.69
Date Claim Filed: 04/28/2014

**Phone:** _____
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX3604

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: _____[signature]_____
Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

Date: January 14, 2016

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Edward Freire, Esq.
Debtor(s) Attorney

Laila S. Gonzalez, Esq.
Debtor(s) Attorney

Nancy K. Neidich, Esq
Chapter 13 Trustee

US Trustee

January 14, 2016

Dina Di Lullo